**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re David Patrick Daniel

Appellate case number:   01-16-00953-CV

Trial court case number:  2013-71645

Trial court:                     308th District Court of Harris County


Relator, David Patrick Daniel, has filed a petition for a writ of mandamus and a "Motion for Emergency Stay of Enforcement of the October 14, 2016 'Order on Respondent's Motion for Interim Attorney's Fees'" in this Court. The Court requests a response to the motion for emergency stay and the petition from real party in interest, Jennifer Leigh Garrett. **The response, if any, is due no later than 14 days from the date of this order.**

Relator also has filed a "Motion for Leave to File the Official Reporter's Record Exhibits by USB/Flash Drive." The motion is **granted**. Exhibits submitted on the USB/flash drive must comply with the applicable portions of Texas Rules of Appellate Procedure 9.4(j), 9.9, and 52.7.

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd _____
                              ☒ Acting individually      ☐ Acting for the Court

Date:  December 5, 2016